Friday, June 24, 2011

Ms. Nancy Bolin Broaddus
Smith & Smith
710 N. Post Oak Road, Suite 209
Houston, TX 77024
Mr. Christopher Bradshaw-Hull
Attorney at Law
4200 Montrose Blvd., Suite 570
Houston, TX 77006

RE: Case Number: 10-0748
 Court of Appeals Number: 14-09-01001-CV
 Trial Court Number: 2009-19832

Style: KACHIKWU ILLOH, M.D.
 v.
 DAMITA CARROLL AND KAREN BUTLER, INDIVIDUALLY AND AS REPRESENTATIVES
 OF THE ESTATE OF JAMES CARROLL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Mr. Loren Jackson |
| |Mr. Christopher A. |
| |Prine |